UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Chukwuma E. Azubuko

   v.                                    Civil No. 06-fp-333

U.S. Court of Appeals-Tenth Circuit

**O R D E R**

Pursuant to Fed. R. App. P. 24(a)(1) plaintiff's motion for leave to appeal in forma pauperis is before me. For the reasons stated the motion is denied.

The "suit" purports to be against the Tenth Circuit Court of Appeals. Mr. Azubuko did not pay any filing fee and his district court in forma pauperis motion was incomplete. He was ordered to file a completed financial affidavit or pay the filing fee by November 8, 2006. The case was terminated when neither was filed. On January 31, 2007 plaintiff moved to reopen the case and filed a more complete financial statement.

However, on November 28, 2006, Chief Judge McAuliffe entered an injunction based upon my recommendation (both attached) against Mr. Azubuko prohibiting him from filing complaints where, among other things, this Court had no jurisdiction over the parties. The instant suit purports to sue the Tenth Circuit, a

party over which this court has no jurisdiction.  Mr. Azubuko has filed over seventy vexatious and abusive claims in nineteen courts as detailed in my attached Report and Recommendation.  The instant claim is frivolous.  In addition, he has not complied with Fed. R. App. P. 24(a)(1)(C).

   The motion is denied.

   **SO ORDERED.**

                                   _____
                                   James R. Muirhead
                                   United States Magistrate Judge

Date: May 2, 2007

cc:   Chukwuma E. Azubuko, *pro se*